**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIHANA C. MADISON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> J.P. MORGAN ACQUISITION ) <br> TRUST, 2006-WF1 ) <br> CERTIFICATES; U.S. BANK, ) <br> N.A.; WELLS FARGO BANK, ) <br> N.A. AND DOES 1-10, ) <br> ) <br> Defendants. ) | Case No. EDCV 12-01521 VAP (DTBx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed on October 21, 2012, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: November 6, 2012

_____
VIRGINIA A. PHILLIPS
United States District Judge